IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROSIE COTA, Personal Representative )
of the Estate of Charles R. Cota, Deceased, )
                                                                )
        Plaintiff, )
                                                                )
v.                                                             )   NO. 11-cv-00977-JPG
                                                              )
                                                              )
BNSF RAILWAY COMPANY, )
                                                              )
        Defendant. )

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

       DATED:   July 13, 2012

                                                              NANCY ROSENSTENGEL, Clerk of Court

                                                              By:s/Deborah Agans, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
                       J. PHIL GILBERT
                       U. S. DISTRICT JUDGE