IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSIE COTA, Personal Representative of the Estate of Charles R. Cota, Deceased, </br></br>Plaintiff,</br></br>v.</br></br>BNSF RAILWAY COMPANY,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)  NO. 11-cv-00977-JPG</br>)</br>)</br>)</br>)</br>) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  July 13, 2012

                                                  NANCY ROSENSTENGEL, Clerk of Court

                                                  By:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE